```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    JUDGE JONES
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :        INDICTMENT
                                 :
ORLANDO MADERO,                  :
  a/k/a "Juan Perez,"            :        05 CRIM.  295
  a/k/a "Rogelio Jose Diaz,"     :
  a/k/a "Javier Victor           :
         Santos,"                :
  a/k/a "Jose Rolando Reyes,     :
  a/k/a "Rene Rolando            :
         Maldonado,"             :
  a/k/a "Angel H. Torres,"       :
  a/k/a "Javier Jose Santos,"    :
  a/k/a "Angel Victor Torres,"   :
  a/k/a "Angel Roberto           :
         Torres,"                :
  a/k/a "Angel A. Torres,"       :
  a/k/a "Angel Herman Torres,"   :
  a/k/a "Angel G. Torres,"       :
  a/k/a "Angel Torres,"          :
  a/k/a "Juan Pedro Perez,"      :
  a/k/a "Juan Walberto Perez,"   :
  a/k/a "Juan Yuri Perez,"       :
  a/k/a "Juan Teodoro Perez,"    :
  a/k/a "Raphael Martinez,"      :
  a/k/a "Henry Emilio            :
         Cobrera,"               :
  a/k/a "Noel Victor Lopez,"     :
  a/k/a "Jose Yuri Reyes,"       :
  a/k/a "Jose Herman Lopez,"     :
  a/k/a "Jose Noel Lopez,"       :
  a/k/a "Daniel Yuri Morgan,"    :
  a/k/a "Rogelio Diaz,"          :
  a/k/a "Javier Victor           :
         Santos,"                :
  a/k/a "Juan Walberto           :
         Garcia,"                :
  a/k/a "Jose P. Morales,"       :
  a/k/a "Jose W. Gomez,"         :
  a/k/a "Ray Carlos              :
         Castellano,"            :
  a/k/a "Lorenzo Eduardo         :
         Ramos,"                 :
  a/k/a "Lorenzo Franciaco       :
         Ramas,"                 :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 18 ___
```

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ORLANDO MADERO,

Defendant.

**INDICTMENT**

05 Cr. _____

(Title 18, United States Code,
Sections 1344 and 2)

DAVID N. KELLEY
United States Attorney

**A TRUE BILL.**

*[signature]*

Foreperson.

*[handwritten: 3/18/05 filed indictment Case assigned to Judge Jones. & Mag. J. Katz]*